FILED

Oct 30 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States

RAVI NARAYAN (CABN 331858)
Deputy Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6842
    FAX: (415) 436-6753
    Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 24-CR-543 JSC |
| Plaintiff, | |
| v. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| LOEL AMADOR, aka "Demon" | **UNDER SEAL** |
| Defendant. | |

TO:    The Honorable Peter H. Kang, United States Magistrate Judge for the Northern District of California

      Assistant United States Attorney Richard Ewenstein respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner LOEL AMADOR, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

      The prisoner, LOEL AMADOR, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

1  Dated: October 30, 2024

Respectfully Submitted,

PATRICK D. ROBBINS
Attorney for the United States

_____/s/_____
Richard Ewenstein
Assistant United States Attorney

PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States

RAVI NARAYAN (CABN 331858)
Deputy Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6842
    FAX: (415) 436-6753
    Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

FILED
Oct 30 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LOEL AMADOR, aka "Demon"

    Defendant.

CASE NO. 24-CR-543 JSC

[PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States of America, and good cause appearing therefore, IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant LOEL AMADOR, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: October 30, 2024

_____
Hon. Peter H. Kang
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 24-CR-543 JSC

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: Paul Miyamoto, Sheriff, San Francisco County, County Jail #3, 1 Moreland Drive, San Bruno, CA 94066 and /or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of LOEL AMADOR, who is in the custody of San Francisco County Jail #3, before the Honorable Peter H. Kang, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, CA 94112, on October 31, 2024, at 10:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release LOEL AMADOR from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: ____October 30, 2024_____     CLERK, UNITED STATES DISTRICT COURT
                                                NORTHERN DISTRICT OF CALIFORNIA

                                                *Mark B. Busby*

                                        By:     _____
                                                DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 24-CR-543 JSC