PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States

RAVI NARAYAN (CABN 331858)
Deputy Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6842
    FAX: (415) 436-6753
    Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 24-CR-543 JSC |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| LOEL AMADOR, | |
| Defendant. | |

On October 16, 2024, defendant Loel Amador was charged by Indictment with racketeering conspiracy, with murder alleged as a special sentencing factor, in violation of Title 18 United States Code section 1962(d).

This matter came before the Court on November 12, 2024, for a detention hearing. The defendant was present and represented by Melissa Lubin. Assistant United States Attorney Richard Ewenstein appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the

1 defendant must be detained pending trial in this matter.

2       The present order supplements the Court's findings and order at the detention hearing and serves
3 as written findings of fact and a statement of reasons as required by Title 18, United States Code,
4 Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its
5 conclusion: the defendant has a serious criminal record with multiple felony convictions.  He is charged
6 in a murder (as a special sentencing factor), and the weight of the government's evidence appears to be
7 substantial.  The Court does not believe that there are any conditions of release that could assure the
8 safety of the community.  This finding is made without prejudice to the defendant's right to seek review
9 of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

10       Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

11       1.    The defendant be, and hereby is, committed to the custody of the Attorney General for
12 confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving
13 sentences or being held in custody pending appeal;

14       2.    The defendant be afforded reasonable opportunity for private consultation with counsel;
15 and

16       3.    On order of a court of the United States or on request of an attorney for the government,
17 the person in charge of the corrections facility in which the defendant is confined shall deliver the
18 defendant to an authorized United States Marshal for the purpose of any appearance in connection with a
19 court proceeding.

20       IT IS SO ORDERED.

22 DATED: December 12, 2024

                                            HONORABLE THOMAS S. HIXSON
                                            United States Magistrate Judge