CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6842
Fax: (415) 436-6753
kelsey.davidson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LOEL AMADOR AND EDUARDO ALVAREZ,<br>Defendants. | Case No. 3:24-CR-00543-JSC<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME AND ~~[PROPOSED]~~ ORDER** |

It is hereby stipulated by and between counsel for the United States and counsel for the defendants Loel Amador and Eduardo Alvarez, that the status conference scheduled for August 12, 2026 be continued to November 18, 2026. The parties plan to either convert the status conference to a change of plea hearing, or the government intends to request a trial date be set at the status conference. The parties also stipulate that time be excluded under the Speedy Trial Act from August 12, 2026, through November 18, 2026.

The government and counsel for the defendants agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced, and by preparing mitigating materials for the government's review. For this reason, the parties stipulate and agree that excluding time until November 18, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of

justice served by excluding the time from August 12, 2026, through November 18, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 3, 2026

/s/
KELSEY C. DAVIDSON
Assistant United States Attorneys

DATED: August 3, 2026

/s/
ERIK BABCOCK
RICHARD NOVAK
Counsel for Defendant EDUARDO ALVAREZ

DATED: August 3, 2026

/s/
ALBERT J. BORO, JR.
Counsel for Defendant LOEL AMADOR

**~~[PROPOSED]~~ ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from August 12, 2026, through November 18, 2026, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 12, 2026, to November 18, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 12, 2026, through November 18, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). It is further ORDERED that the status conference on August 12, 2026 be continued to November 18, 2026.

IT IS SO ORDERED.

DATED: August 5, 2026

HON. JACQUELINE SCOTT CORLEY
United States District Judge